**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANTHONY SCOTT,**

    **Plaintiff,**

  v.                                  **Civil Action 2:17-cv-624
Judge Algenon L. Marbley
Magistrate Judge Jolson**

**RIFFLE MACHINE WORKS,**

    **Defendant.**

## ORDER

On September 26, 2017, the parties filed a Joint Motion to Stay Litigation. (Doc. 4). More specifically, the parties move "to stay the present case for 30 days so that [they] can have additional time to settle this case without incurring unnecessary expenses." (*Id*. at 1). For good cause shown, the Motion is **GRANTED**. The parties shall submit a joint report on the status of settlement to jolson_chambers@ohsd.uscourts.gov on or before October 27, 2017, if the case remains pending at that time.

    IT IS SO ORDERED.


Date: September 27, 2017                              /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE